**Order entered October 7, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00720-CV

## IN THE ESTATE OF CONSTANCE LOU HOWELLS

**On Appeal from the Collin County Probate
Collin County, Texas
Trial Court Cause No. PB1-0258-2020**

### ORDER

Before the Court is the October 5, 2020 request of Lisabeth Kellett, Official Court Reporter for Probate Court No. 2, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **October 26, 2020**.

Also before the Court are (1) appellant's October 5, 2020 motion for a thirty-day extension of time to file the clerk's record and (2) Collin County Deputy Clerk Lara Thomason's October 6, 2020 request for a seven-day extension of time to file the clerk's record. We **GRANT** Ms. Thomason's request and extend the time to **October 13, 2020**. Having granted Ms. Thomason's request, we **DENY** appellant's motion as moot.

/s/     KEN MOLBERG
        JUSTICE